

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff,

    v.

SARISA IRENE FORD FIELDS

    Defendant,

and

RED LOBSTER INNS OF AMERICA,
SIOUX FALLS, SD,
and its successors or assigns

    Garnishee.

---

4:03CR40091-001

ORDER TERMINATING
CONTINUING GARNISHMENT

Based upon the Motion on file herein, and pursuant to 28 U.S.C. §3205(c)(10)(C),

IT IS ORDERED that the Garnishment herein is hereby terminated by Order of this Court.

DATED: March 5, 2008

BY THE COURT:

LAWRENCE L. PIERSOL
UNITED STATES DISTRICT JUDGE

ATTEST:

JOSEPH HAAS, Clerk

By: _____
DEPUTY CLERK

(SEAL OF THE COURT)